IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

EDGAR & MARTHA ALEXANDER, et. al.                                    PLAINTIFFS

VS.                                                              No. 1:03cv91-D-D

EASY FINANCE OF NEW ALBANY, INC.,
EASY FINANCE OF TUPELO, INC., AND
EASY FINANCE OF BOONEVILLE, INC                                     DEFENDANTS

SUPERCEDING ORDER GRANTING IN PART AND DENYING IN PART
MOTION FOR SUMMARY JUDGMENT

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1) the Defendants' motion for summary judgment (docket entry 116) is GRANTED in part and DENIED in part;

(2) the claims of Plaintiffs Edgar Alexander, Martha Alexander, Eddie Anderson, Virginia Anderson, Willie Anderson, Alice Anderson, Dewayne Boyd, Betty Boyd, Henry Cameron, Kandis Cameron, Katie L. Cox, Joyce Cunningham, Larson Garner, Kristie Garner, Josephine Gillard, William Hatch, Betty Hatch, Ronnie Johnson, Juanita Johnson, Luther Jones, Annie Jones, Sharon Jones, Kenneth Keys, Lee Mosley, Gwenda Mosley, Cleophus Robinson, Melvin Shackleford, Deborah Shackleford, Mary Simmons, Corey E. Smith, Lorene Smith, Mary Francis Thomas, Hattie Elaine Tucker, Jerry Waldrop, Melissa Waldrop, and Alice Williams are DISMISSED with prejudice;

(3) the claims of Plaintiffs Willie Lee Brown, Sr., Robert Finley, Annette Foster, Kelly Turner, Lisa Turner and Rosemary Wilson shall be submitted to arbitration, in accordance with the parties' Agreement and are DISMISSED without prejudice; and

(4) As of the date of this order, the claims of Plaintiffs Mary Lou Boyd, Sharon Boyd, David Pratt, Brenda Pratt, Walter Rodgers, P.A. Cameron, Donna L. Jackson, Bobby Robinson, George Simmons, and Earlene Simmons survive summary judgment. The claims of Plaintiffs P.A. Cameron, Donna L. Jackson, Bobby Robinson, George Simmons, and Earlene Simmons are subject to a pending motion to dismiss.

All itemizations, declarations, and other materials considered by this Court in ruling on this motion are hereby incorporated into and made a part of the record of this action.

SO ORDERED, this the 24th day of January 2007.

/s/ Glen. H. Davidson
Chief Judge